# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DRIVERREACH, LLC,<br><br>           Plaintiff,<br><br>vs.<br><br>TENSTREET, LLC,<br><br>           Defendant. | Case No. 18-cv-650-CVE-JFJ |

## JOINT STATUS REPORT

Pursuant to the Court's November 1, 2019 Order the parties notify the Court that on October 19, 2020, the Federal Circuit Court of Appeals entered its Judgment affirming the Southern District of Indiana's finding that the claims of asserted U.S. Patent No. 8,145,575 are patent-ineligible under 35 U.S.C. §101, and, as a result, affirming dismissal of Tenstreet's claims against DriverReach with prejudice.  DriverReach is in the process of renewing its fees motion with the District Court in the Indiana case.

Dated: November 3, 2020

Respectfully submitted,

 /s/ Andrew M. McCoy
**FAEGRE DRINKER BIDDLE & REATH LLP**
Andrew M. McCoy (*Pro Hac Vice*)
Andrew.mccoy@faegredrinker.com
Louis T. Perry (*Pro Hac Vice*)
Louis.Perry@faegredrinker.com
300 N. Meridian St., Suite 2500
Indianapolis, IN  46204
Tel: 317-237-0300
Fax: 317-237-1000

JD Schneider (*Pro Hac Vice*)
JD.Schneider@faegredrinker.com
1144 15th Street, Suite 3400
Denver, CO 80202-2569

US.129974442.01

Tel: 303-607-3500
Fax: 303-607-3600

**LYTLE SOULE & CURLEE, P.C.**
Steven K. Mullins, OBA #6504
mullins@lytlesoule.com
119 N Robinson Ste 1200
Oklahoma City, OK 73102
Tel: 405-235-7471
Fax: 405-232-3852

**Attorneys for Plaintiff, DriverReach, LLC**


 /s/ Colin H. Tucker (with permission)
John H. Tucker, OBA 9110
jtucker@rhodesokla.com
Colin H. Tucker OBA 16325
chtucker@rhodesokla.com
**RHODES HIERONYMUS JONES TUCKER & GABLE**
P.O. Box 21100
Tulsa, OK  74121-1100
Tel: (918) 582-1173

**Attorneys for Defendant, Tenstreet, LLC**


# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 3, 2020, I electronically transmitted the foregoing Joint Status Report to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

John H. Tucker
jtucker@rhodesokla.com

Colin H. Tucker
chtucker@rhodesokla.com


 /s/ Andrew M. McCoy