# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DRIVERREACH, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> TENSTREET, LLC, <br><br> Defendant. | Case No. 18-cv-650-CVE-JFJ |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff DriverReach, LLC, by its counsel, hereby dismisses this action **without prejudice**. Defendant has not yet answered the Complaint or moved for summary judgment. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: September 28, 2021

Respectfully submitted,

 /s/ Andrew M. McCoy
**FAEGRE DRINKER BIDDLE & REATH LLP**
Andrew M. McCoy (*Pro Hac Vice*)
Andrew.mccoy@faegredrinker.com
Louis T. Perry (*Pro Hac Vice*)
Louis.Perry@faegredrinker.com
300 N. Meridian St., Suite 2500
Indianapolis, IN 46204
Tel: 317-237-0300
Fax: 317-237-1000

JD Schneider (*Pro Hac Vice*)
JD.Schneider@faegredrinker.com
1144 15th Street, Suite 3400
Denver, CO 80202-2569
Tel: 303-607-3500
Fax: 303-607-3600

**LYTLE SOULE & CURLEE, P.C.**
Steven K. Mullins, OBA #6504
mullins@lytlesoule.com
119 N Robinson Ste 1200
Oklahoma City, OK 73102
Tel: 405-235-7471
Fax: 405-232-3852

**Attorneys for Plaintiff, DriverReach, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 28, 2021, I electronically transmitted Plaintiff's Notice of Voluntary Dismissal to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

John H. Tucker
jtucker@rhodesokla.com

Colin H. Tucker
chtucker@rhodesokla.com

      */s/ Andrew M. McCoy*